UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

    v.

GENARO MATA CAMPOS, et al.,

    Defendants.
_____/

No. C 10-1250 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's application for default judgment.

The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated: September 3, 2010

                                          _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge

cc: Sue, Assigned M/J