David Rude (SBN 67367)
CLARK & RUDE
830 The Alameda
San Jose, CA 95126
Telephone: (408) 971-1099
Facsimile: (408) 971-1133

Attorneys for Defendants
GENARO MATA CAMPOS AND
LARRY P. JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GENARO MATA CAMPOS, LARRY PEARSON JONES and ALFREDO HERNANDEZ, INDIVIDUALLY and d/b/a EL DORADO MEXICAN RESTAURANT,<br><br>Defendants. | Case No. 4:10-cv-01250 PJH (EDL)<br><br>[PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT<br><br>Date: Tuesday, October 12, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom E, 15th Floor, SF Federal Building<br><br>Judge: Magistrate Judge Elizabeth Laporte |

**ORDER**

Based on the Stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing on plaintiff's application for default judgment is hereby continued from October 12, 2010 to December 7, 2010 at 9:00 a.m. in Courtroom E, 15th Floor, San Francisco Federal Building. If defendants' motion for relief from entry of clerk's default is granted, the hearing on plaintiff's application for entry of default judgment will be vacated.

DATED: October 12, 2010

_____
ELIZABETH LAPORTE
U.S. MAGISTRATE JUDGE

1

Order_Continue Hrg.doc

ORDER TO CONTINUE HEARING ON PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT
CASE NO. C10-01250-PJH