UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff(s),

    v.

GENARO MATA CAMPOS, et al.,

    Defendant(s).
_____/

No. C 10-1250 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The court has reviewed the Magistrate Judge's Report and Recommendation Re: plaintiff's motion for default judgment in which Magistrate Judge Laporte recommended the denial of the motion. No objections to the Report have been filed. Indeed, it appears that in response to the Report, plaintiff voluntarily dismissed defendant Alfredo Hernandez, individually and d/b/a El Dorado Mexican restaurant. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the case proceeds only as to defendants Genaro Mata Campos and Larry Pearson Jones.

    IT IS SO ORDERED.

Dated: December 15, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28