David Rude (SBN 67367)
CLARK & RUDE
830 The Alameda
San Jose, CA 95126
Telephone: (408) 971-1099
Facsimile: (408) 971-1133
E-mail: drude@crlaw.net

Attorneys for Defendants
GENARO MATA CAMPOS AND
LARRY P. JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENARO MATA CAMPOS, LARRY PEARSON JONES and ALFREDO HERNANDEZ, INDIVIDUALLY and d/b/a EL DORADO MEXICAN RESTAURANT, <br><br> Defendants. | Case No.  4:10-cv-01250 PJH (EDL) <br><br> **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Present Date: Thursday, December 16, 2010 <br> Present Time: 2:00 p.m. <br> New Date:    Thursday, January 27, 2011 <br> New Time:    2:00 p.m. <br> Place:        Courtroom 3, 3rd Floor <br>              Oakland Federal Building <br> Judge:        Honorable Phyllis J. Hamilton |

**STIPULATION**

In view of the fact that counsel for defendants Genaro Mata Campos and Larry P. Jones is unable to attend the Initial Case Management Conference currently set for December 16, 2010 at 2:00 p.m. and in view of the fact that counsel have agreed to continue the Initial Case Management Conference with the consent of the Court,

IT IS HEREBY STIPULATED AND AGREED that the Initial Case Management Conference shall be continued from Thursday, December 16, 2010 at 2:00 p.m. to Thursday, January 27, 2011 at 2:00 p.m. before the Honorable Phyllis J. Hamilton.

\\\

\\\

| | | |
|---|---|---|
| 1 | DATED:  December 15, 2010 | LAW OFFICES OF THOMAS P. RILEY, PC |
| 2 | | |
| 3 | | By:  /s/ |
| 4 | | Thomas P. Riley<br>Attorney for Plaintiff<br>J&J SPORTS PRODUCTIONS, INC. |
| 5 | | |
| 6 | DATED:  December 15, 2010 | CLARK & RUDE |
| 7 | | |
| 8 | | By:  /s/ |
| 9 | | David Rude<br>Attorney for Defendants<br>GENARO MATA CAMPOS and<br>LARRY P. JONES |

12/16/10

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

2

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**
CASE NO. C10-01250-PJH

Stip_Continue Initial CMC.doc