Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 4:10-cv-01250-PJH |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT** AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| GENARO MATA CAMPOS, et al., | **FOR:   HON. PHYLLIS J. HAMILTON** |
| Defendants. | |

**NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Parties, and each of them, have settled *all* claims relative to the above-entitled action in *their entirety,* and Plaintiff respectfully requests this Court take judicial notice of same.

Settlement documents, including a Stipulation of Dismissal, are being forwarded to defense counsel by Plaintiff's counsel, and Plaintiff's counsel anticipates the Stipulation of Dismissal will be filed with this Honorable Court, *promptly*.

///
///
///
///

1    **WHEREFORE,** the Parties respectfully request that all presently calendared
2    deadlines and appearances, now be vacated.

3

4                                       Respectfully submitted,

5

6

7    Dated:  January 26, 2011           */s/ Thomas P. Riley*
                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**
8                                       By: Thomas P. Riley
                                        Attorneys for Plaintiff
9                                       J & J Sports Productions, Inc.

10   ///

11   ///

12   ///   THE CASE MANAGEMENT
           CONFERENCE IS
13   ///   CONTINUED TO
           FEBRUARY 24, 2011 AT
14   ///   2:00 P.M.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE (SERVICE BY E-MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 26, 2011, I served:

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT**

On all parties in said cause by e-mailing same to the Defendants' counsel at the following email address(es):

David  Rude, Esquire                              Attorneys for Defendants
**CLARK AND RUDE**                          Genaro Mata Campos and
830 The Alameda                                   Larry Pearson Jones
San Jose, CA 95113
Email: drude@crlaw.net

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 26, 2011, at South Pasadena, California.

Dated: January 26, 2011                    */s/ Maria Baird*
                                                              MARIA BAIRD