Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Genaro Mata Campos, et al., <br><br> Defendants. | CASE NO. CV 10-1250 PJH <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS GENARO MATA CAMPOS and LARRY PEARSON JONES, individually and d/b/a EL DORADO MEXICAN RESTAURANT AND ORDER |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants GENARO MATA CAMPOS and LARRY PEARSON JONES, individually and d/b/a EL DORADO MEXICAN RESTAURANT, that the above-entitled action is hereby dismissed **with prejudice** against GENARO MATA CAMPOS and LARRY PEARSON JONES, individually and d/b/a EL DORADO MEXICAN RESTAURANT and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: January 27, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: _____   *Please see attached*

CLARK AND RUDE
By: David J. Rude
Attorneys for Defendants
GENARO MATA CAMPOS and
LARRY PEARSON JONES,
individually and d/b/a
EL DORADO MEXICAN RESTAURANT

**IT IS SO ORDERED**:

_____   Dated:_____
The Honorable Phyllis J. Hamilton
United States District Court
Northern District of California

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: January 27, 2011

*Please see attached*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: February 22, 2011

*s/ David J. Rude*
**CLARK AND RUDE**
By: David J. Rude
Attorneys for Defendants
GENARO MATA CAMPOS and
LARRY PEARSON JONES,
individually and d/b/a
EL DORADO MEXICAN RESTAURANT

IT IS SO ORDERED

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Dated: 2/23/11

STIPULATION OF DISMISSAL
CASE NO. CV 10-1250 PJH
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 27, 2011 I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS GENARO MATA CAMPOS and LARRY PEARSON JONES, individually and d/b/a EL DORADO MEXICAN RESTAURANT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. David J. Rude, Esquire  (Attorneys for Defendants)
CLARK AND RUDE
10 Almaden Blvd., Suite 550
San Jose, CA 95113

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 27, 2011, at South Pasadena, California.

Dated: January 27, 2011

_____
INESA MAMIDJANYAN